Assigned to: Judge Zia M. Faruqui
Assign Date: 9/29/2020
Description: COMPLAINT W/ARREST WARRANT

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST

## WARRANT

I, Detective Bryan Mancuso, (hereinafter "Your Affiant"), a Task Force Officer for the FBI, being duly sworn, depose and state as follows:

## INTRODUCTION

1.     Your Affiant, Detective Bryan Mancuso, has been a sworn member of the Metropolitan Police Department (hereinafter "MPD") since 2008, and is currently a Detective assigned to the Federal Bureau of Investigation ("FBI") and Metropolitan Police Department's Child Exploitation and Human Trafficking Task Force.  Your Affiant has investigated sexual offenses involving children since 2014, both as a member of the MPD's Physical and Sexual Abuse Unit and as a member of the aforementioned task force.  As a Task Force Officer ("TFO"), Your Affiant is responsible for investigating internet crimes against children such as the production or distribution of child pornography, as well as for investigating allegations of commercial sex trafficking of children, and has been deputized as a federal law enforcement officer by the United States Marshals Service.  Throughout his career, Your Affiant has received specialized training regarding sexual abuse of children, sexual assaults, and sex trafficking.  Your Affiant has gained expertise in conducting such investigations through formal training and on-the-job training with more experienced agents. Your Affiant have received training and experience in interviewing and interrogation techniques, arrest procedures, and a variety of other investigative tools available to law enforcement officers. As a Task Force Officer with the FBI, Your Affiant is authorized to investigate violations of laws of the United States, and as a law enforcement officer is authorized to execute arrest warrants issued under the authority of the United States.

1

2.      This affidavit is made in support of an application for criminal complaint and arrest warrant for **Taiwan Marquese Williams** (date of birth 02/XX/1991) for violations of 18 U.S.C §§ 1591(a) (sex trafficking of a minor); 2423(a) (transporting a minor to engage in sexually illicit activity), and 1594 (conspiracy to commit sex trafficking).

3.      The statements contained in this affidavit are based on part on: written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement officers/analysts and computer forensic professional; and my experience, and training. Because this affidavit is submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead I have set forth only the facts that I believe are necessary to establish probable cause that **Williams** has violated the above referenced offenses.

## PROBABLE CAUSE

4.      On August 11, 2020, the MPD/FBI Child Exploitation and Human Trafficking Task Force ("CEHTTF") was contacted by Deputy United States Marshal Dan Lang, who was requesting assistance in locating a missing child. Deputy Lang reported that the child, hereinafter referred to as MV-1, had been missing from Pulaski, Virginia, since June 6, 2020. MV-1 (DOB 12/XX/2005) has been identified and was fourteen years old at the time she went missing, and during the time in which the following events occurred. While investigating her disappearance, the deputy discovered that numerous advertisements had been posted on the internet, advertising MV-1 for commercial sex trafficking in Washington, D.C. and the surrounding metropolitan area.

5.      Two phone numbers were associated with the advertisements. A detective with the CEHTTF queried a law enforcement database which has access to archived records of online

2

sexual solicitation advertisements. After searching for one of the two phone numbers, (202) XXX-2266, the detective located numerous sexual solicitation advertisements for MV-1. The last advertisement was posted on August 10, 2020 and had a listed location of "southern Maryland, Arlington, and dmv." Your Affiant knows that "dmv" is an acronym commonly used to refer to the D.C., Maryland, and Virginia Metropolitan area. Other advertisements listed the location specifically as Washington D.C.

6.      Through open source databases and subpoenas, your affiant determined that the phone number (202) XXX-2266 came back to a social media application. The registered phone number for that application, (202) XXX-4743, was associated with **Taiwan Williams** (DOB 02/XX/1991).

7.      On August 11, 2020, an FBI/MPD Online Convert Employee ("OCE") and MV-1 arranged for a half-hour commercial sex session for $120.00. MV-1 provided an address of the Days Inn, located at 3100 Columbia Pike in Arlington, Virginia. Staff at the Days Inn revealed to law enforcement that Room 217 had been rented by **Taiwan Williams**.   The FBI/MPD CEHTTF members and Arlington County Police Department ("ACPD") joined in the area of the Days Inn. While continuing to conduct surveillance, law enforcement observed an individual entering Room 217. Law enforcement made emergency entry into the room and observed MV-1 engaging in oral sex with this individual (hereinafter S-1).

8.      S-1 was arrested. He waived his Miranda rights and was interviewed. He stated that he saw an advertisement for sex for MV-1 on "listcrawler.com," a website that re-posts ads listed on other applications and websites. Upon arranging for a sex act in exchange for $80.00 (eighty dollars), he took an Uber from his place of employment in Alexandria, Virginia to the Days Inn. S-1 stated that when he entered the room, he put the $80.00 on the table and MV-1 then began

3

performing oral sex on him. S-1 said that this was when the police came into the room and took him into custody. S-1 stated he did not have a personal conversation with MV-1 and did not know anything about her. When asked, S-1 stated that he believed MV-1 to be about 18 or 19 (eighteen or nineteen) years old.

9. After her recovery, multiple interviews of MV-1 were conducted. During the interviews, MV-1 described her initial encounter with a man (hereinafter Coconspirator-1) who she said was 24 years old. She explained that, at some point after she arrived in D.C., she met Coconspirator-1, and he began communicating with her, offering her a phone, clothes, and a place to stay. MV-1 agreed, and was picked up by **Taiwan Williams**, whom Coconspirator-1 said was his cousin, and taken by **Williams** to an address in D.C. to stay with Coconspirator-1. MV-1 believed she was with Coconspirator-1 at this D.C. address for approximately a week and a half to two weeks. She later found out that Coconspirator-1 was getting advice from **Williams** on how to get hotels and that the two were communicating about her. Coconspirator-1 told MV-1 to go by the name "Brooke," because that was the name he was using for her in the ads he was posting. Law enforcement found several advertisements posted of MV-1 for "Brooke" on June 30, 2020 on skipthegames.com. These advertisements were posted with the same above-referenced number ((202)-XXX-2266) mentioned above that is associated with **Williams**.

10. According to MV-1, Coconspirator-1 gave MV-1 instructions on engaging in commercial sex. He told her that she was to meet with people who texted a number, which he included in ads he created and posted online. MV-1 recalled that ads were posted on the website "Bedpage," and stated that Coconspirator-1 used old pictures that she had previously posted on the social media platform "Snapchat" in the commercial sex ads. Coconspirator-1 directed MV-1

4

to tell people that she was twenty one (21) years old, and instructed her to always use a condom when engaging in commericial sex.

11.     Coconspirator-1 also gave MV-1 directions regarding the amount to charge people for commercial sex, with specific monetary amounts for increments of time.   His instructions included charging one hundred twenty dollars for fifteen minutes, one hundred fifty dollars for thirty minutes, two hundred dollars for one hour, and one thousand dollars for an "overnight." MV-1 said that she did whatever Coconspirator-1 told her to do. She said that Coconspirator-1 did everything on his phone to include setting up the dates. She said that Coconspirator-1 would tell her to go outside, where "guys" (referring to commercial sex clients) would wave her over.  She would go to the guys' cars, where they would take her to hotels or other places for commercial sex, or would engage in commercial sex acts in the guys' cars.

12.     Coconspirator-1 had a "Cashapp"[1] account with her picture.  She recalled that he made her give him the money that she made, telling her that he would "hold it" and saying, give it here.  She estimated that she made approximately four hundred dollars in a week.  MV-1 said that Coconspirator-1 would yell and curse at her "all the time," would threaten to hit her, and would not let her use his phone.

13.     At some point, MV-1 was able to leave Coconspirator-1 and met with friends, during which time Coconspirator-1 apparently saw a Missing Person flier for MV-1 on the social media platform "Instagram." The missing person flier for MV-1 stated that she was missing since June 6, 2020, had her true name, date of birth, stated that she was fourteen years of age, where she was missing from and her demographics with two photographs.  Upon discovering the flier,

---

[1] "Cashapp" is an online payment application that can be linked to a bank account and is used to transfer money from one Cashapp account to another.

Coconspirator-1 contacted MV-1 and told her not to come back. Shortly after, however, he contacted her again and stated that he "felt bad" and that they could "still do this." MV-1 returned to Coconspirator-1.

14.     MV-1 explained that on the last day that she was trafficked by Coconspirator-1, she had made him approximately one hundred fifty dollars by engaging in commercial sex acts. That night, Coconspriator-1 came to her room and asked her for forty dollars. She refused, and told him that he had money on his phone. Coconspirator-1 became angry and told her to "get out." He took her phone, and told her that he was keeping her clothes and taking her money. He told her that he was going out to have a cigarette, and when he returned she needed to give him the money. He put something in the door so that he would be able to hear if she attempted to leave. When he returned and she continued to refuse to give him the money, he began pulling her hair and pushing her to the ground. He then punched MV-1 in the face. MV-1 grabbed a broomstick and hit Coconspriator-1 with it, which he took from her and used to hit her. He got a knife from the kitchen, which he used to cut her shirt and bra off of her body. When he did this, she took her own pants off to prevent him from cutting them as well. Coconspirator-1 then threw her out of the apartment.

15.     MV-1 was then contacted by **Taiwan Williams**, who had discovered what had happened with Coconspirator-1. **Williams** told MV-1 that she could go with him and he would get her a hotel room, and picked her up the day after the assault. **Williams** told MV-1 that he knew it "wouldn't work" with Coconspirator-1, because of how he treated her. After picking her up, **Williams** began trafficking MV-1 for commercial sex. MV-1 remained with **Williams** until she was recovered by law enforcement.

6

16.     MV-1 was initially hesitant to give the identity of **Williams** to law enforcement, whom she said had helped her when she needed it.   When asked questions about her knowledge of his identity, she indicated that she only knew him as "King."   Investigators later learned that she did in fact know his true identity.   During forensic interviews, she was shown multiple photographs of **Williams**.   She denied that he was the person who had trafficked her.   However, she later admitted that she had not been truthful, and identified the photograph of **Williams** as the person she knew as "King", who had trafficked her in commercial sex.   She stated that she had not originally wanted to reveal who he was.   She said she had not wanted to admit this because she didn't want him to get in trouble, because she felt that he had helped her.[2]

17.     MV-1 said that during the time she was being trafficked by **Williams**, she had access to his phone.   She looked through the messages on his phone, and found a text message conversation between **Williams** and Coconspirator-1.   During that conversation, they discussed finding a "pretty girl."   **Williams** instructed Coconspirator-1 on how to traffick women for commercial sex, advising him how to get hotels and "stuff", according to MV-1.   **Williams** asked Coconspirator-1 about hitting MV-1, referring to the assault, and Coconspriator-1 told **Williams** that he didn't hit her hard.   Coconspirator-1 told **Williams** that after **Williams** trained her, he wanted to meet her again.

18.     Coconspirator-1 also sent **Williams** the missing person flyer identifying MV-1 and her age that is referenced above. MV-1 said that she believed she made approximately $5000 while working for King aka **Williams** and engaging in commercial sex acts for him. MV-1 stated that she typically gave the money to King, and that he would occasionally give her some money to buy

---

[2] MV-1 also originally said she believed the car "King" used was a Chevy but later identified a Ford Taurus as belonging to him and admitted she had not been honest about the car, also to protect **Williams**.

clothes and food. MV-1 said that clients would sometimes pay her via Cashapp or PayPal, but that she did not have control over those accounts. MV-1 advised that she had the Paypal application on her cell phone, but that King had a physical Paypal card in his possession and that was where the money would be deposited. MV-1 said that she did not have the Cashapp application on her cell phone, but would provide King's account to the clients.

19.     MV-1 said initially she told King that she was nineteen (19) but then told him that she was seventeen (17). However, she stated that King knew she was fourteen (14) years old, because after he saw the missing person poster mentioned above, he questioned her about it. MV-1 said that she initially told him that it was not her on the poster, but later admitted that it was her. King told her to tell people that she was twenty one (21) years old.

20.     After executing a federal search warrant in the District of Columbia for MV-1's cellular phone, detectives discovered text message conversations between MV-1 and the above-referenced (202)-XXX-4743 number associated with **Williams**. The contact name for this number in MV-1's phone was "T." The conversations obtained began on July 18, 2020, and ended on the date that MV-1 was recovered by law enforcement. Early on in their conversations, on July 21, MV-1 asked **Williams** what his first name was. He then sent a photograph of his Washington D.C. driver's license, listing his name "**Taiwan Williams**" and address.

21.     Throughout the conversations, **Williams** repeatedly sent MV-1 messages containing language used or to be used in ads for commercial sex. On several occasions, **Williams** either directed MV-1 to post ads or asked her if she had posted ads.

22.     **Williams** gave MV-1 directions and instructions on how to engage in commercial sex and explained various concepts to her over text message. For example, on July 20, they engaged in a conversation in which it appeared that MV-1 had overslept that morning. **Taiwan**

8

Williams stated that he was going to give her a "curfew", and stated that "U miss out on a lot of money in the morning because u oversleep." He went on to say, "You either get up when I get up like I asked if u. Or turn it in early. Not trying to be stuck in one spot to long. We need to level up. 1500 by weds. U can listen. Or we can do it your way. Either way fine with me." On another occasion, July 21, MV-1 sent a message stating, in part, "everybody is wanting to do out calls." Williams asked, "Are they paying for Ubers?" to which she replied, "No." He then stated, "Welp that answers that." On July 23, Williams stated, "I noticed u get a lot of calls off the late/early." He asked, "Anyone come thru yet", to which MV-1 replied, "No." He answered, "Yea. May need to stay up a lil later." Later on July 23, MV-1 sent Williams a message asking, "How much is overnight." Williams replied, "800-1000. Or if the got 6 that's 4hr." On July 28, MV-1 sent Williams a message asking what a number of acronyms commonly associated with commercial sex ads meant. The message read, in part, "(bbfs bbbj cim dfk dty) what's all that ?" Williams answered, "Bbfs- Barr back full service bbbj- bareback blow job cim- cum in mouth dfk- kissing dty- eat your pussy." On July 30, MV-1 sent Williams a message asking what "nuru" was. Williams replied, "It's a form of massaging. Pretty much inning bodies. Or could be another way for sex."

23.    Taiwan Williams directed MV-1 to take pictures and videos. On July 21, Williams sent her a message stating "U think u ready for the camera." MV-1 replied "Of course but I kinda suck @ taking pictures lol." Williams answered, "I will help", to which MV-1 replied, "Okay." Williams told MV-1, "Just take it a little bit serious", to which she said, "I do." On July 23, Williams sent a message to MV-1 stating, "I want u to take a few pics of u playing with your pussy. Like get it wet wet. And take pics. Use iPad so u can set it up. And we gonna make sample vids for clients." MV-1 asked, "Videos or pictures?", and Williams answered, "Both. So

9

don't me camera shy." MV-1 asked, "How many should I take." **Williams** answered, "A couple. Maybe like 5 Nd 5. Different views. Different angles. And pay attention to your face. Don't be stale faced. Act like u about to bust the biggest nut ever."

24.    On July 23, MV-1 sent a series of messages in which it appeared that she had been locked out of a hotel room and could not get a new key. **Williams** apparently contacted the front desk to give permission to give MV-1 a new key. When discussing this, MV-1 stated, "Ok you told her my name." **Williams** replied, "Yea." He then texted the first and last name of MV-1.

25.    On numerous occasions, MV-1 and **Williams** discussed him giving her rides to various places, picking her up from various places, and/or sending her Lyft or Uber rides. Often, MV-1 sent **Williams** messages containing addresses. The addresses were in various locations in Virginia, Maryland, and Washington D.C. For example, on August 9, 2020, she sent a message with the address "10 Thomas Circle NW." That is the address of the Washington Plaza Hotel. Later on the same date, she sent a message with the address of "899 O Street NW." That is the address of the Cambria Hotel.

## CONCLUSION

26.     Based on the foregoing, there is probable cause to believe that **Taiwan Williams**

has trafficked a minor in violation of 18 U.S.C § 1591(a), transported a minor to engage in illicit

sexual activity in violation of 18 U.S.C. § 2423(a), and conspired to commit the crime of trafficking

a minor in violation of § 1594.

Respectfully submitted,

Bryan M. Mancuso
Detective Metropolitan Police Department
TFO Federal Bureau of Investigation

Subscribed and sworn telephonically before me in accordance with the requirements of Fed. R.
Crim. P. 4.1 on September 29, 2020

2020.09.29
21:25:25 -04'00'

ZIA M. FARUQUI,
UNITED STATES MAGISTRATE JUDGE

11