UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 21cr373 |
| | : | |
| v. | : | |
| | : | |
| TAIWAN WILLIAMS, | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Taiwan Williams, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty: Conspiracy to Sex Traffick a Minor in violation of 18 U.S.C. §§ 1594(a) and (c), 1591(a) and Production of Child Pornography in violation of 18 U.S.C. § 2251(a).

**Statement of Facts**

1. On June 6, 2020, fourteen year-old MV-1 (with a date of birth in 2005) disappeared from her residence in Pulaski, Virginia. A missing person's flyer identifying her date of birth, age, and hometown was disseminated. Several weeks later, on June 29, 2020, James Coleman III and Taiwan Williams started working together with the goal of trafficking MV-1 for commercial sex. Williams picked up MV-1 and dropped her off at the residence where Coleman was staying. MV-1 stayed there for several weeks. Coleman and Williams communicated via text message about their plans for MV-1. Coleman sent several photographs of MV-1 to Williams at Williams' (202)-XXX-4743 phone number and he provided his own phone number ((202)-XXX-8515) to Williams. Williams sent ad language and recommended hotels to Coleman.

Both Coleman and Williams posted ads of MV-1 for commercial sex. On July 1, Coleman sent the above-referenced missing person flyer to Williams with MV-1's date of birth listed on it. Williams responded by saying, "dead that bitch Or u going away for a very long time."

2. On July 7, Coleman sent photographs of MV-1 to Williams and asked him to repost her. Williams told Coleman "be careful bro, I think she a minor." Several hours later, he asked Williams if he put the ad back up of her, and Williams confirmed that he did. As a result of these July 7 advertisements, dates were setup for MV-1 for commercial sex. Coleman instructed her to always use a condom and also gave her directions on how much to charge. His instructions included charging one hundred twenty dollars for fifteen minutes, one hundred fifty dollars for thirty minutes, two hundred dollars for one hour, and one thousand dollars for an "overnight." MV-1 made approximately six hundred dollars during the time she was with Coleman on commercial sex dates.

3. On July 13, Coleman hit MV-1 after they got into an argument about money from one of the dates. Coleman messaged Williams and said, "Man I Think I Fucked Her Jaw Up." He stated, "Man She Gone I Stripped Ass Naked and Sent Her On Her Way." Williams warned Coleman he can get in trouble for that and says, "That's y I wanted to train her. U gotta have patience. Where she at." Williams told Coleman, "Ima try to come thru the back and try to scoop her. I got her ig [Instagram][1]." Coleman responded, "I Know It was Da Money I Ain't Gon Lie That Shit was Too Lucrative I Stopped Thinking and Just Started Spending." Later that same day, he told Williams that, "She Hit Me With This Bat Joint And Lost It Gave Her to Joint To the Jaw That's It's She Tried to Scream Couldn't Even Do It That's Why I Said I Prolly Fucked Her Jaw Up." A few days later on July 15, Williams and Coleman had a general conversation

---

[1] Ig is a common abbreviation used for "Instagram."

2

about partnering as pimps. Williams gave additional advice to Coleman. Williams then reached out to MV-1 and started trafficking her on his own.

4. The FBI and MPD discovered numerous advertisements for commercial sex depicting MV-1 in the D.C., Virginia, and Maryland area. One of the frequently used contact phone numbers on these advertisements came back to Taiwan Williams' phone number ((202)-XXX-4743). Williams used this number to post at least 36 advertisements of MV-1 for commercial sex between June 30, 2020 and August 11.

5. An undercover officer (hereinafter UC) responded to one of these advertisements and arranged to have a half-hour commercial sex session with MV-1 for 120 dollars on August 11 at the Days Inn on Columbia Pike in Arlington, VA, Room 217. The UC went to that location and discovered that Taiwan Williams had rented Room 217.

6. MV-1 was recovered from the hotel room, and law enforcement discovered hundreds of text messages between MV-1 and Williams at the 4743 number listed above. Their conversations began on July 18 and continued through the date of her rescue. Williams sent language to MV-1 that he was going to use to post advertisements of her, asked her to post advertisements, and gave her directions about commercial sex, explaining various concepts to her.

7. During the time he was with her, Williams also directed MV-1 to take explicit photographs of herself, took explicit photographs of her himself, and posted advertisements on the Internet using explicit photographs of MV-1 that he had taken. Several of these photographs met the federal definition of child pornography. Williams posted some of these photographs in advertisements to customers for commercial sex in Washington D.C. The depictions included photographs that Williams took while MV-1 and him were staying at a hotel in College Park, Maryland in July of 2020. Williams gave directions to MV-1 on how to position her body in

the photographs. For example, in one photo, MV-1 is lying on the bed with legs straight up in the air so that her face and upper body are not visible. She is grabbing either side of her bottom to spread open her anus and vagina, which is the focal point of the photograph. She is wearing no pants and red underwear. In a second photograph, MV-1 is lying face down on the same bed and grabbing both of her feet with either hand. She is wearing a striped shirt and no pants with red underwear. The focal point of the photograph is her anus and vagina, and MV-1's face is not visible. The photograph contains a smiley face emoticon with a green tongue and money signs for eyes and on the tongue.

8. Multiple interviews were conducted of MV-1 after her rescue. MV-1 said that she believed she made approximately $5000 while working for Williams and engaging in commercial sex acts for him.

    Respectfully,

    CHANNING D. PHILLIPS
    ACTING UNITED STATES ATTORNEY
    DC Bar No. 415793

    *april russo*
    _____
    April N. Russo
    Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I, Taiwan Williams, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 6/11/21

Taiwan Williams
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6/11/21

Dani Jahn, Esquire
Attorney for Defendant